JUSTICE COTTER
specially concurs.
¶ 21 I concur in the result reached by the majority. I write separately to state that we appreciate that Judge Macek acted appropriately in initially resolving this matter in reliance upon the Order issued in Schmit-Lorenz. We regret the additional workload assumed by Judge Macek, who was charged with rehearing dozens of matters, all as a result of the Schmit-Lorenz Order. However, I believe the result reached here is the better reasoned response to the unique question of whether an Order executed prior to the conclusion of a judge’s term, but filed after the conclusion of that term, is valid and effective.
CHIEF JUSTICE GRAY and JUSTICE NELSON join in the foregoing concurrence.